# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-3067
_____

Levester Gillard

*Plaintiff - Appellant*

v.

Maurice Culclager; Gaylon Lay; Mark Mallard; Lisa Hall; Ray Hobbs; Laura
Norman; J. D. Rana; Raymond Naylor; Larry May; Terrie Banister

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff
_____

Submitted: February 26, 2015
Filed: March 3, 2015
[Unpublished]
_____

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Levester Gillard appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action alleging that Arkansas prison officials violated his rights under the Eighth Amendment and the Due Process Clause of the Fourteenth Amendment based on his disciplinary conviction for assaulting an officer during a prison riot. Following careful de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we find no reversible error. We therefore affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.